**Order entered March 27, 2020**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00288-CV

## IN RE DONALD GENE BLANTON, Relator

**Original Proceeding from the 86th Judicial District Court
Kaufman County, Texas
Trial Court Cause No. 23078-86**

## ORDER

Before Justices Myers, Molberg, and Evans

Based on the Court's opinion of this date, we **DENY** relator's March 3, 2020

petition for writ of mandamus.

/s/     KEN MOLBERG
            JUSTICE